UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DISTRICT

| | |
|---|---|
| JUNE ANNE GAETA and JOSEPH TIMMSEN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MUSCATINE,<br><br>    Defendant. | Case No. _____<br><br>Muscatine County, Iowa District Court<br>Case No. 07701 LACV026220<br><br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §1441(c)(1) and Local Rule 81a, Defendant, City of Muscatine, by and through its attorneys, file this Notice of Removal of an action filed in the District Court of Iowa, Muscatine County, entitled "*June Anne Gaeta and Joseph Timmsen v. City of Muscatine*" now pending there as civil action number 07701 LACV026220. In support of this notice, Defendant states as follows:

1. Filed concurrently herewith, pursuant to Local Rule 81a, are copies of all process, pleadings, and orders filed in the state court proceeding through the date of the Notice of Removal, are as follows:

    a. Original Notice (Exhibit 1)

    b. Petition and Jury Demand (Exhibit 2)

    c. Return of Service (Exhibit 3)

    d. Dismissal Without Prejudice of Theodore Hillard, Darrell Janssen, and Andy Summitt (Exhibit 4)

    e. Answer and Affirmative Defenses (Exhibit 5)

    f. Appearance of Erin M. Clanton for City of Muscatine (Exhibit 6)

1

2. No other pleadings or orders have been entered in the pending state court action.

3. There are no pending motions in the state court that will require resolution by this court.

4. As of the date of this Notice of Removal, the names of counsel and law firms that have appeared in the state court lawsuit are:

>FIEDLER LAW FIRM, P.L.C.
>Amy Beck (AT0013022)
>Madison Fiedler-Carlson (AT0013712)
>8831 Windsor Parkway
>Johnston, IA 50131
>Telephone: (515) 254-1999
>Fax: (515) 254-9923
>amy@employmentlawiowa.com
>madison@employmentlawiowa.com
>ATTORNEYS FOR PLAINTIFFS
>
>BRICK GENTRY, P.C.
>Matt Brick (AT0001081)
>Erin M. Clanton (AT0002592)
>6701 Westown Parkway, Suite 100
>West Des Moines, Iowa 50266
>Telephone: (515) 274-1450
>Fax: (515) 274-1488
>erin.clanton@brickgentrylaw.com
>matt.brick@brickgentrylaw.com
>ATTORNEYS FOR DEFENDANT CITY OF MUSCATINE, IOWA

5. A copy of this Notice of Removal will be promptly served upon Plaintiffs and filed with the clerk of the state court.

6. This Notice of Removal has been filed within 30 days after service of the Petition. Defendant was served on or after September 28, 2021. A true and correct copy of the Return of Service is attached hereto as Exhibit 3. The Notice of Removal is therefore timely under 28 U.S.C. §1446(b).

7. Plaintiff's Petition asserts the following claims: (1) Count I—Violation of the Iowa Wage Payment Collection Law Wage Theft; and (2) Count II—Violation of the Fair Labor Standards Act Wage Theft.

8. Plaintiffs' Count II asserts violations of the Fair Labor Standards Act, which cause of action is created by and arises under federal law and federal law provides any right to relief. Accordingly, this Court has jurisdiction over those claims pursuant to 28 U.S.C. §1331.

9. This Court has supplemental jurisdiction over Plaintiffs' Count I pursuant to 28 U.S.C. §1367 as such claim is so related to claims within the Court's original jurisdiction that they from part of the same case or controversy. To the extent Count I implicates questions of federal law, this Court would have original jurisdiction pursuant to 28 U.S.C. §1331.

10. Accordingly, as one of Plaintiffs' claims arise under the laws of the United States, this Court has original jurisdiction of this action pursuant to 28 U.S.C. §1331 and supplemental jurisdiction over Plaintiffs' claim that does not arise under federal law pursuant to 28 U.S.C. §1367. Therefore, Defendant is entitled to remove this action pursuant to 28 U.S.C. §1441(c)(1).

WHEREFORE, Defendant City of Muscatine prays that Civil Action No. 07701 LACV026220 now pending in the Iowa District Court for Muscatine County be removed to the United State District Court for the Southern District of Iowa.

Dated October 27, 2021.

        Respectfully submitted,

        */s/*    *Matthew S. Brick*
        Matthew S. Brick (AT0001081)
        Erin M. Clanton (AT0002592)
        BRICK GENTRY, P.C.
        6701 Westown Parkway, Ste. 100
        West Des Moines, Iowa 50266
        Tel: 515.274.1450
        Fax: 515.274.1488
        matthew.brick@brickgentrylaw.com
        erin.clanton@brickgentrylaw.com
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of October 2021, I electronically filed the foregoing with the Clerk of Court by using the CMECF system which, pursuant to Local Rule 5A(k), will send a notice of electronic filing to the parties of record and will be sent to counsel via the email addresses provided below:

    Amy Beck
    Madison Fiedler-Carlson
    FIEDLER LAW FIRM, P.L.C.
    8831 Windsor Parkway
    Johnston, IA 50131
    Telephone: (515) 254-1999
    Fax: (515) 254-9923
    amy@employmentlawiowa.com
    madison@employmentlawiowa.com
    *Attorneys for Plaintiffs*

        */s/*    *Matthew S. Brick*
        Matthew S. Brick, AT0001081