**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **JUNE ANNE GAETA and JOSEPH TIMMSEN**<br>      **Plaintiffs,**<br><br>v.<br><br>**CITY OF MUSCATINE,**<br>      **Defendant.** | Civil No. 3:21-CV-00089<br><br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR VACATION OF DEADLINE** |

**COMES NOW**, the parties and respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a Settlement Agreement and Release ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given thirty (30) days to file said Agreement. In addition, the parties respectfully request the vacation of all deadlines previously set by this Court—including, but not limited to, the February 7, 2022 deadline for initial disclosures.

Defendant is filing this Notice with Plaintiffs' approval and permission.

Respectfully submitted,

BRICK GENTRY P.C.

By: /s/ *Matthew Brick*
Matthew Brick (AT0001081)
matt.brick@brickgentrylaw.com
Erin Clanton (AT0002592)
erin.clanton@brickgentrylaw.com
6701 Westown Parkway, Suite 100
West Des Moines, Iowa 50266
ATTORNEYS FOR DEFENDANT CITY OF MUSCATINE, IOWA

FIEDLER LAW FIRM P.L.C.

By: /s/ *Madison Fiedler-Carlson*
Amy Beck (AT0013022)
amy@employmentlawiowa.com
Madison Fiedler-Carlson (AT0013712)
madison@employmentlawiowa.com
8831 Windsor Parkway
Johnston, Iowa 50131
ATTORNEYS FOR PLAINTIFFS JUNE ANNE GAETA and JOSEPH TIMMSEN