IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JUNE ANNE GAETA and JOE TIMMSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF MUSCATINE, <br><br> Defendant. | Case No. 3:21-cv-00089-JAJ-HCA <br><br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, June Anne Gaeta and Joe Timmsen, and Defendant, City of Muscatine, by and through their respective undersigned counsel, and stipulate and agree that Plaintiffs' Complaint shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: March 14, 2022

/s/ Amy Beck
Madison Fiedler-Carlson AT0013712
madison@employmentlawiowa.com
Amy Beck AT0013022
amy@employmentlawiowa.com
Fiedler Law Firm, P.L.C.
8831 Windsor Parkway
Johnston, IA 50131
Phone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFFS

/s/ Matthew S. Brick
Matthew S. Brick AT0001081
Erin M. Clanton AT0002592
BRICK GENTRY, P.C.
6701 Westown Parkway, Ste. 100
West Des Moines, Iowa 50266
matthew.brick@brickgentrylaw.com
erin.clanton@brickgentrylaw.com
ATTORNEYS FOR DEFENDANT

## Certificate of Service

The undersigned certifies that a true copy of the foregoing Joint Dismissal was served upon Defendant's counsel through the Court's CM/ECF filing system on March 14, 2022.

Copy to:                                            */s/ Abby Stauffer*

Matthew S. Brick
matthew.brick@brickgentrylaw.com
Erin M. Clanton
erin.clanton@brickgentrylaw.com

*Attorneys for Defendant*